UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

CAMERON FITTS,

        Plaintiff,        FILE NO. 2:08-CV-85

v.        HON. ROBERT HOLMES BELL

SHERRY L. BURT et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the opinion entered this date,

**IT IS ORDERED** that Plaintiff's objections (docket #112) to the Report and Recommendation of the Magistrate Judge (docket #110) are **DENIED** and the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of this Court.

**IT IS FURTHER ORDERED** that Defendants' motion for summary judgment (docket #99) is **GRANTED**.

**IT IS FURTHER ORDERED** that judgment is hereby entered against Plaintiff and in favor of Defendants MacEachern, Hofbauer, Napel, Tretheway, Aalto, Alexander, Johns, MacMeekin and Grim.

**IT IS FURTHER ORDERED** that Plaintiff's claim against Defendant Grim is **DISMISSED** for want of prosecution.

**IT IS FURTHER ORDERED** that the Court finds no good-faith basis for appeal within the meaning of 28 U.S.C. § 1915(a)(3). *See McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997).

Dated: June 30, 2009             /s/ Robert Holmes Bell
                                 ROBERT HOLMES BELL
                                 UNITED STATES DISTRICT JUDGE